UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

CHRISTY HACKER,           )
                          )
        Plaintiff,        )
                          )
        v.                )       NO.  2:10-0001
                          )       Judge Campbell/Bryant
JOHN PETTIT, et al.,      )       **Jury Demand**
                          )
        Defendants.       )

**O R D E R**

On April 1, 2010, the Court entered the parties' Agreed Protective Order For Release Of Juvenile Court Records (Docket Entry No. 11). Although this order contemplated that the Juvenile Court Clerk of Putnam County would release the subject juvenile records to defense counsel who, thereafter, would share those records with plaintiff's counsel, apparently the Juvenile Court Clerk of Putnam County instead has filed copies of the subject juvenile court records with the Clerk of this Court. Those records are currently filed under seal (Docket Entry No. 13).

The Clerk is hereby directed to mail a copy of the juvenile court records filed as Docket Entry No. 13 to each counsel of record in this case. Counsel shall maintain these records as confidential to be used only for purposes of this case within the limits expressed in the Court's agreed protective order (Docket Entry No. 11) previously entered.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge